USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 27, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
SANDOZ INC.,                        :
                                    :
                    Plaintiff,      :         20 Civ. 5568
                                    :
    - against -                     :         **ORDER**
                                    :
CEDIPROF, INC.,                     :
                                    :
                    Defendant.      :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Plaintiff Sandoz Inc. ("Sandoz") brought this action against Cediprof, Inc. ("Cediprof"). (See "Complaint," Dkt. No. 1.) Sandoz sought an Order to Show Cause and Temporary Restraining Order ("TRO") to enjoin Cediprof from selling levothyroxine sodium tablets to any person within the United States and covered territories other than Sandoz, directing Cediprof to continue to fill orders and supply levothyroxine sodium tablets in accordance with the parties' agreement dated July 31, 2002, as amended (the "Agreement"), and enjoining Cediprof from using Sandoz's confidential information regarding customers in violation of the Agreement. (See "Proposed Order to Show Cause," Dkt. No. 4; "MOL," Dkt. No. 5; "Georgy Declaration," Dkt. No. 6; and "Hwang Declaration," Dkt. No. 7.) In accordance with the Court's Order dated July 20, 2020, Cediprof responded on July 23, 2020. (See "Opposition," Dkt. No. 14; "Monrouzeau Declaration," Dkt. No. 15.) Sandoz replied on July 27, 2020. (See

"Reply," Dkt. No. 19; "Georgy Reply Declaration," Dkt. No. 20; "Hwang Reply Declaration," Dkt. No. 21.)

The Court held a hearing by telephone on July 27, 2020, to discuss the parties' submissions. As stated on the record, based on the Court's review of the Complaint, the parties' briefs, the supporting declarations, and the relevant case law, the Court is not persuaded that Sandoz has made a sufficiently compelling showing of irreparable harm such that injunctive relief is warranted. Accordingly, the Court will deny the request for a TRO. A decision memorializing this ruling is forthcoming.

Accordingly, it is hereby

**ORDERED** that plaintiff Sandoz Inc.'s request for an Order to Show Cause (Dkt. No. 4) is **DENIED**. The parties are directed to confer and submit a proposed Case Management Plan within two weeks of the date of this Order.

**SO ORDERED.**

Dated: New York, New York
       27 July 2020

_____
Victor Marrero
U.S.D.J.